UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-cv-0992 (KBJ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## ORDER

This case was transferred to this Court from the Court of Appeals for the Federal Circuit on June 27, 2013.  On October 10, 2013, Plaintiff filed a complaint based upon the same facts at issue here, but this filing was treated by the Clerk's office as a separate, related case and assigned the docket number 13-cv-1564.  Plaintiff subsequently informed the Court that he had not intended to file a new case, but rather sought to get his complaint on the record in this case (due to the procedural posture of this case when it was transferred from the Federal Circuit, no complaint was a part of the record).  Further complicating matters, on October 30, 2013, Plaintiff filed a motion for partial summary judgment in this case, asking the Court to grant summary judgment on Count I of the complaint filed in 13-cv-1564.

After discussing the matter with the parties, on November 18, 2013, the Court entered an order in 13-cv-1564 directing the Clerk's office to transfer the complaint filed in 13-cv-1564 to the docket in this case and to dismiss 13-cv-1564 with prejudice. The Court now directs the parties to proceed as follows in this case:

1. Defendant shall respond to the complaint by December 20, 2013.

2. Plaintiff's Motion for Partial Summary Judgment (ECF No. 3) is hereby **DENIED** without prejudice to re-filing this motion after Defendant has responded to the complaint.

3. Defendant's Motion to Stay (ECF No. 5) is hereby **DENIED** as moot.

**SO ORDERED.**

DATE:  November 18, 2013

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge