UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 13-cv-0992 (KBJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

The parties appeared before this Court on September 9, 2014, for a motions hearing in the instant case regarding Defendant's [10] Motion to Disallow the Use of a Pseudonym and [15] Motion to Dismiss.  In the context of that hearing, Plaintiff's counsel orally moved to stay this matter pending the outcome of ongoing proceedings before the Merit Systems Protection Board ("MSPB").  For the reasons stated in open court today, it is hereby

**ORDERED** that Defendant's [10] Motion to Disallow the Use of a Pseudonym is **DENIED**.  It is

**FURTHER ORDERED** that Defendant's [15] Motion to Dismiss is **GRANTED** with respect to Count II of Plaintiff's complaint, and that Plaintiff's oral Motion to Stay is **DENIED** with respect to Count II.  Count II is therefore **DISMISSED WITHOUT PREJUDICE**.  It is

**FURTHER ORDERED** that Defendant's [15] Motion to Dismiss is **DENIED WITHOUT PREJUDICE** with respect to Count I of Plaintiff's complaint, and that

Plaintiff's oral Motion to Stay is **GRANTED** with respect to Count I.  Accordingly, the remaining count in this matter (Count I) is stayed pending the MSPB's final ruling.  It is

**FURTHER ORDERED** that the parties shall file a status report within seven days of the MSPB issuing its final ruling, and that, if further litigation is going to be necessary, such status report shall include a proposed briefing schedule for Plaintiff to amend the complaint and for Defendant to respond to any such amended complaint.

**SO ORDERED.**

DATE: September 9, 2014

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge