IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, </br></br>                Plaintiff, </br></br>        v. </br></br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,[1] </br></br>                Defendants. | Civil Action No. 1:13-cv-992 (KBJ) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of September 9, 2014, the parties hereby file this joint status report, notifying the Court that, on December 21, 2015, the Merit Systems Protection Board ("MSPB") issued a final ruling in the underlying administrative proceedings related to this case. As directed in the Court's Order, the parties propose the following briefing schedule for further litigation in this matter:

    January 8, 2016        Plaintiff's Amended Complaint due

    February 8, 2016      Defendants' response to Amended Complaint due

December 28, 2015                      Respectfully submitted,

                                                      BENJAMIN C. MIZER
                                                      Principal Deputy Assistant Attorney General
                                                      CHANNING D. PHILLIPS
                                                      United States Attorney
                                                      JOSHUA E. GARDNER
                                                      Assistant Director, Federal Programs Branch

                                                      /s/ Kathryn L. Wyer
                                                      KATHRYN L. WYER

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Attorney General Loretta E. Lynch is hereby substituted for Eric H. Holder, Jr., as a defendant in this case.

        U.S. Department of Justice, Civil Division
        20 Massachusetts Avenue, N.W.
        Washington, DC   20530
        Tel. (202) 616-8475 / Fax (202) 616-8470
        kathryn.wyer@usdoj.gov
        *Attorneys for Defendants*